UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OLIVEIRA FRANCISCO, et al.,<br>Plaintiff,<br>v.<br>JOSEPH B EDLOW, et al.,<br>Defendants. | Case No. 3:26-cv-05465-TLF<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

The matter before the Court is the parties' Stipulated Motion for Extension of Time to File Answer. Dkt. 4. It is hereby ORDERED that the Parties' motion is GRANTED. The new deadline for Defendants' Answer to Plaintiff's Complaint is August 10, 2026.

Dated this 13th day of July, 2026.

Theresa L. Fricke
United States Magistrate Judge